**EXHIBIT A**

B6A (Official Form 6A) (12/07)

In re  **Iluminada Cusi Young**                                    Case No. __2:11-bk-41800__
                                   Debtor

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Primary Residence:**<br>**960 Sanborn Avenue #4**<br>**Los Angeles CA 90029**<br><br>**County of Los Angeles**<br><br>Lot:    Tract:<br>Book:    Pages: | 100% | - | 288,800.00 | 444,287.16 |

|  |  |  |
|---|---|---|
|  | Sub-Total > 288,800.00 | (Total of this page) |
|  | Total > 288,800.00 |  |

__0__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

**EXHIBIT B**

B6D (Official Form 6D) (12/07)

In re  Iluminada Cusi Young
         Debtor

Case No. __2:11-bk-41800__

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxx1879** <br><br> Aurora Bank <br> 10350 Park Meadows Drive <br> Littleton, CO 80124 | | - | 2007 <br> Deed of Trust <br> Primary Residence: <br> 960 Sanborn Avenue #4 <br> Los Angeles CA 90029 <br> County of Los Angeles <br> Lot:    Tract: <br> Book:    Pages: | | | | | |
| | | | Value $ 288,800.00 | | | | 404,857.65 | 116,057.65 |
| Account No. **xxxxx5093** <br><br> Chase <br> Po Box 24696 <br> Columbus, OH 43224 | | - | 2007 <br><br> Second Mortgage <br><br> 960 Sanborn Avenue #4 <br> Los Angeles CA 90029 <br> Motion to strip second mortgage to be filed with the court | | | | | |
| | | | Value $ 288,800.00 | | | | 39,429.51 | 39,429.51 |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

__0__ continuation sheets attached

| | Subtotal (Total of this page) | 444,287.16 | 155,487.16 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 444,287.16 | 155,487.16 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

**EXHIBIT C**

## AURORA LOAN SERVICES

10350 Park Meadows Drive
Littleton, CO  80124

www.myAuroraLoan.com



### ACCOUNT STATEMENT

Statement Date: 11/11/08
Account Number: 1879
Property Address: 960 SANBORN AVE 4
LOS ANGELES CA 90029

3640021431879534BIL111108
34406-001855-001
ILUMINADA C YOUNG
960 SANBORN AVE APT 4
LOS ANGELES CA   90029-3082

### ACCOUNT INFORMATION

| | Balances as of 11/11/08 | | Year-to-Date | |
|---|---|---|---|---|
| Principal Balance* | $352,593.09 | Principal Paid | $4,581.34 |
| Escrow Balance | $0.00 | Interest Paid | $15,452.04 |
| Suspense Balance | $0.00 | Taxes Paid | $0.00 |
| Interest Rate | 6.625% | | |

*The principal balance is not the total amount required to pay your loan in full.

### PAYMENT SUMMARY

| *For additional information on each PAYMENT OPTION, please read the information provided on the back of this statement. | OPTION 1* MINIMUM AMOUNT | OPTION 2* INTEREST ONLY | OPTION 3* FULLY AMORTIZED P&I | OPTION 4* ACCELERATED PAYMENT |
|---|---|---|---|---|
| Payment Due Date | 12/01/08 | 12/01/08 | 12/01/08 | 12/01/08 |
| Principal and/or Interest | 950.70 | 1,946.61 | 2,111.63 | 3,286.08 |
| Escrow Payment | 0.00 | 0.00 | 0.00 | 0.00 |
| Optional Products | 0.00 | 0.00 | 0.00 | 0.00 |
| Misc Fees | 0.00 | 0.00 | 0.00 | 0.00 |
| HUD/Buydown Subsidy | 0.00 | 0.00 | 0.00 | 0.00 |
| Payment Amount Due | 950.70 | 1,946.61 | 2,111.63 | 3,286.08 |
| Past Due Amounts | 0.00 | 0.00 | 0.00 | 0.00 |
| Unpaid Late Charges | 0.00 | 0.00 | 0.00 | 0.00 |
| Unpaid Return Check Fees | 0.00 | 0.00 | 0.00 | 0.00 |
| Cumulative Other Fees | 0.00 | 0.00 | 0.00 | 0.00 |
| Cumulative Advances | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL AMOUNT DUE** | **950.70** | **1,946.61** | **2,111.63** | **3,286.08** |
| If Paid After 12/16/08 | | | | |
| Late Charge Amount | 47.54 | 47.54 | 47.54 | 47.54 |
| Total Amount Due | 998.24 | 1,994.15 | 2,159.17 | 3,333.62 |

### TRANSACTION ACTIVITY SINCE LAST STATEMENT

| Transaction Description | Date Due | Transaction Date | Total Received | Principal | Interest | Escrow | Optional Products | Suspense / Advances / Fees |
|---|---|---|---|---|---|---|---|---|
| Payment | 11/01/08 | 11/08/08 | 950.70 | 990.71- | 1,941.41 | | | |
| Prin Payment | | 11/08/08 | 50.00 | 50.00 | | | | |

### IMPORTANT MESSAGES

If you are in bankruptcy or received a bankruptcy discharge of this debt, please refer to the disclosure on the reverse side "Important Information regarding the Fair Debt Collection Practices Act and Bankruptcy Law."

We may report information about your account to the credit bureaus.  Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

You can view, print, and save your monthly e-Statements online anytime, 24/7. Sign up for electronic statements only and free yourself from unnecessary paper. Log onto myAuroraLoan.com, then select the "Electronic Only" option on your "Manage Loans" - "Contact Info" tab. Reduce your risk of mail fraud and identity theft and help save the environment with a few mouse clicks today!

**Make a payment online.** It's fast and easy at www.myAuroraLoan.com.  You can also view your Billing and Yearend Statements online.

Aurora Loan Services will be closed for business on Thursday, November 27th in observance of the Federal holiday. Although our offices will be closed, you can still access your loan information by logging onto our web site, www.myAuroraLoan.com, or through our automated telephone service at 800-550-0508. We wish you a safe and happy holiday.

5-0814-1100F

# AURORA LOAN SERVICES
www.myAuroraLoan.com

**NOTICE OF ASSIGNMENT, SALE, OR TRANSFER OF SERVICING RIGHTS**

March 18, 2008

ILUMINADA C YOUNG
960 SANBORN AVE APT 4
LOS ANGELES CA 90029-3082

Re   Homecomings Financial, LLC
     Loan # ████8760
     Aurora Loan Services
     Loan# ████879

Dear Customer(s):

Welcome to Aurora Loan Services. This letter is to notify you that the servicing of your mortgage loan is being assigned, sold or transferred from Homecomings Financial, LLC to Aurora Loan Services ("Aurora"), effective April 1, 2008. The transfer of your mortgage loan to Aurora includes the right to collect payments from you.

The assignment, sale or transfer of the servicing of the mortgage loan does not affect any term or condition of the mortgage instruments, other than terms directly related to the servicing of your loan.

Except in limited circumstances, the law requires that your present servicer send you this notice at least 15 days before the effective date of transfer or at closing. Your new servicer must also send you this notice no later than 15 days after this effective date or at closing.

Your present servicer is Homecomings Financial, LLC. If you have any questions relating to the transfer of servicing from your present servicer call Homecomings Financial, LLC's Customer Care at 800-206-2901 between 6:00 A.M. To 10:00 P.M. Cdt on the following days Monday Through Friday. This is a toll-free number.

Beginning April 1, 2008, your new servicer will be Aurora Loan Services. The business address and toll-free telephone numbers for your new servicer are

| Aurora Loan Services | Aurora Loan Services | Aurora Loan Services |
|---|---|---|
| Customer Service Department | Tax Department | Insurance Center |
| P.O. Box 1706 | P.O. Box 961233 | P.O. Box 2963 |
| Scottsbluff, NE 69363-1706 | Fort Worth, TX 76161-0233 | Phoenix, AZ 85062-2963 |
| 1 (800) 550-0508 | 1 (800) 550-0508 | 1 (800) 732-6578 |
| 8:00 A.M. to 11:00 P.M., ET | 8:00 A.M. to 5:00 P.M., MT | 6:00 A.M. to 6:00 P.M., MT |
| Monday through Thursday | Monday through Friday | Monday through Friday |
| 8:00 A.M. to 9:00 P.M., ET Friday | | |
| 8:00 A.M. to 4:00 P.M., ET Saturday | | |

If you have any questions relating to the transfer of servicing to your new servicer call the toll-free numbers listed during the business hours specified above.

The date that Homecomings Financial LLC will stop accepting payments from you is March 31, 2008. The date that Aurora will begin accepting payments from you is April 1, 2008. Send all payments due on or after that date to Aurora Loan Services.

If you have been paying premiums for life, disability, accidental death insurance or other optional products, these policies will not transfer to Aurora. If you desire to continue your optional coverage, you can contact your optional insurance provider and discuss the possibility of directly remitting your premium to them and continuing the policy.

You should also be aware of the following information, which is set out in more detail in Section 6 of the Real Estate Settlement Procedures Act (RESPA) (12 U.S.C. 2605):

During the 60-day period following the effective date of the transfer of the loan servicing, a loan payment received by your old servicer before its due date may not be treated by the new loan servicer as late, and a late fee may not be imposed on you.

Section 6 of RESPA (12 U.S.C. 2605) gives you certain consumer rights. If you send a "qualified written request" to your loan servicer concerning the servicing of your loan, your servicer must provide you with a written acknowledgement within 20 Business Days of receipt of your request. A business day is a day on which the offices of the business entity are open to the public for carrying on substantially all of its business functions. A "qualified written request" is a written correspondence, other than notice on a payment coupon or other payment medium supplied by the servicer, which includes your name and account number, and your reasons for the request. If you want to send a "qualified written request" regarding the servicing of your loan, it must be sent to this address:

Aurora Loan Services
Attention: Customer Service Research
P.O. Box 1706
Scottsbluff, NE 69363-1706

Not later than 60 business days after receiving your request, your servicer must make any appropriate corrections to your account and must provide you with a written clarification regarding any dispute. During this 60-business-day period, your servicer may not provide information to a consumer reporting agency concerning any overdue payment related to such period or qualified written request. However, this does not prevent the servicer from initiating foreclosure if proper grounds exist under the mortgage documents.

Section 6 of RESPA also provides the damages and costs for individuals or classes of individuals in circumstances where servicers are shown to have violated the requirements of that section. You should seek legal advice if you believe your rights have been violated.

Please retain this information with your loan documentation for future reference. Aurora appreciates the opportunity to provide service on your loan and for allowing us to be of service to you.

Sincerely,

Cassie Leet
Customer Service Manager

***CONTINUED ON REVERSE SIDE***

**WaMu is becoming CHASE O**

Customer Service: 888.800.8738
TDD for the hearing impaired: 711 for relay assistance
Monday - Friday: 5:00 am - 6:00 pm PT, Saturday: 5:00 am - 2:00 pm PT
Visit us online at wamu.com

Page 1 of 1

13505 / 001

ILUMINADA YOUNG
960 SANBORN AVE APT 4
LOS ANGELES CA 90029-3082

### → Your WaMu Equity Plus® Statement

April 16, 2009 through May 16, 2009

**→ Your Messages**

WaMu is becoming Chase. You'll now start to see the Chase name and logo on your statement. You'll continue to receive the great service you've come to expect. Continue to bank with us as you usually do. In the coming months, you'll begin to see the Chase name in your local branch, as we bring you the power of Chase.

## Line of Credit (Variable Rate)

**→ Account Summary**

| | |
|---|---|
| Approved Credit Limit | $36,300.00 |
| Available Credit | $239.91 |
| Ending Principal Bal. | $36,060.09 |

**→ Account Info**

| | |
|---|---|
| Account No. | ####5093 |
| Visa Card No. | ************8810 |
| Loan Maturity Date | Oct 10, 2037 |
| Current Interest Rate | 5.000% |
| Final Payoff Amount | Call 888.800.8738 |

**→ Payment Info**

| | |
|---|---|
| Payment Due Date | Jun 10, 2009 |
| Current Payment Amount | $152.94 |
| Past Due | $0.00 |
| Other Fees | $0.00 |
| Total New Due | $152.94 |

**→ Statement Activity**

| Effective Date | Description | Transaction Total | Principal Balance |
|---|---|---|---|
| 04.16.09 | BEGINNING PRINCIPAL BAL. | | |
| 04.30.09 | Branch Advance | | $35,960.09 |
| 05.04.09 | Payment Recd - Thank You | $100.00 | $36,060.09 |
| | Interest Payment | -$147.31 | $36,060.09 |
| 05.16.09 | ENDING PRINCIPAL BAL. | -$147.31 | |
| | | | $36,060.09 |

**→ FINANCE CHARGES**

| Number of Days in Billing Cycle | Average Daily Balance | Daily Periodic Rate | CORRESPONDING ANNUAL PERCENTAGE RATE | Periodic FINANCE CHARGES |
|---|---|---|---|---|
| 31 | $36,014.92 | 0.0136986% | 5.000% | $152.94 |

| | |
|---|---|
| Total Periodic Rate FINANCE CHARGES: | $152.94 |
| Total FINANCE CHARGES used in ANNUAL PERCENTAGE RATE: | $152.94 |
| ANNUAL PERCENTAGE RATE: | 5.000% |

**Federal Regulations require that we include any bank cash advance fees or other FINANCE CHARGES in the ANNUAL PERCENTAGE RATE (APR) calculation during the month in which the charge appears on your statement. As a result, the ANNUAL PERCENTAGE RATE may be higher than the CORRESPONDING ANNUAL PERCENTAGE RATE. Federal Regulations require that we blend each periodic rate into one ANNUAL PERCENTAGE RATE whenever there is more than one periodic rate applied within a given billing cycle.

**TATE & KIRLIN ASSOCIATES**

2810 Southampton Road
Philadelphia, PA 19154-1207

16486447

Toll Free (866) 763-7125 • (267) 298-2901

Iluminada Young
960 SANBORN AVE APT 4
LOS ANGELES, CA 90029-3082

February 16, 2011

Creditor: JPM CHASE: Chase – Home Equity Line of Credit
Client Ref #: ...5093
Account #: ...447
Total Due: $39,429.51

This is to advise you that your delinquent account has been transferred to our office for collection. We are requesting payment in full for the amount referenced above. If you cannot mail the balance, then call us as soon as possible. We will be happy to discuss a repayment program with you as it is the policy of this office to give everyone an opportunity to pay their debts.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request of this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.

Yours truly,

Thomas McNamee

This is an attempt to collect a debt and any information obtained will be used for that purpose. Tate & Kirlin Associates is a professional debt collection agency.

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

---

Please detach and return bottom portion with your payment in the envelope supplied; be sure the address below shows through the return envelope window.

February 16, 2011
Iluminada Young
960 SANBORN AVE APT 4
LOS ANGELES, CA 90029-3082

Please indicate any address changes below:

Address: _____
City, State, Zip: _____
Home Phone #: _____
Business Phone #: _____

Creditor: JPM CHASE
Client Ref #: ...5093
Account #: ...447
Total Due: $39,429.51

Tate & Kirlin Associates
2810 Southampton Road
Philadelphia, PA 19154-1207