Mark L. Block (SBN 115457)
mblock@wargofrench.com
Jeffrey N. Williams (SBN 274008)
jwilliams@wargofrench.com
WARGO & FRENCH LLP
515 S. Flower Street, 36th Floor
Los Angeles, California 90071
Telephone: (310) 853-6300
Facsimile: (310) 553-5317

Attorneys for Creditor
JPMORGAN CHASE BANK, N.A.

**FILED & ENTERED**

**DEC 09 2011**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY queen    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| IN RE:<br>ILUMINADA CUSI YOUNG,<br>Debtor.<br>_____<br>ILUMINADA CUSI YOUNG,<br>Plaintiff,<br>v.<br>J.P. MORGAN CHASE, N.A.,<br>Defendant. | Case No.: 2:11-bk-41800-VZ<br><br>Chapter 13<br><br><br>Adv. No.: 2:11-ap-02755-VZ<br><br>**ORDER APPROVING STIPULATED JUDGMENT**<br><br>Hearing<br>Date: December 6, 2011<br>Time: 1:30 p.m.<br>Location: Crtrm. 1368, 255 E. Temple St., Los Angeles, CA 90012<br>Judge: Vincent P. Zurzolo |

//

//

//

---

1
ORDER APPROVING STIPULATION FOR JUDGMENT

Case 2:11-ap-02755-VZ    Doc 22    Filed 12/09/11    Entered 12/09/11 13:44:23    Desc
Main Document    Page 2 of 5

1

2  The Stipulation for Judgment [D.E. 20] of the parties is approved and
3 Judgment is hereby entered in this matter as follows concerning the claim of
4 Defendant secured by the second deed of trust on the real property commonly known
5 as 960 Sanborn Avenue #4, Los Angeles, CA 90029 (the "Property"):

6  1. The claim of Defendant secured by the second deed of trust on the
7 Property shall be paid through the Plaintiff's chapter 13 plan as a general unsecured
8 claim;

9  2. If the Plaintiff successfully completes the chapter 13 plan and receives a
10 discharge in this chapter 13 case, the Debtor or Debtor's counsel shall notify
11 Defendant of the discharge and request that Defendant record a reconveyance of its
12 second deed of trust against the Property. Defendant can be notified through its
13 counsel of record herein;

14  3. Should this chapter 13 case be dismissed or converted to another chapter
15 under title 11 of the United States Code or should Debtor fail to receive a discharge
16 in this chapter 13 case, the Defendant's second deed of trust on the Property shall be
17 unaffected by this bankruptcy case and adversary proceeding and shall remain a lien
18 against the Property;

19  4. Should a sale of the Property occur prior to completion of the chapter 13
20 plan or prior to the receipt of a discharge, including, but not limited to, a foreclosure
21 by a senior lienholder on the Property, the Defendant shall retain all rights under
22 applicable state law with regard to its lien and may share in any available proceeds
23 from that sale;

24  5. The parties shall each bear their own costs with regard to this adversary
25 proceeding; and

26 //
27 //
28 //

2
ORDER APPROVING STIPULATION FOR JUDGMENT

1   //

2       6.   Upon entry of this Judgment, the Clerk may close this adversary
3   proceeding.

###

DATED: December 9, 2011

*[signature: Vint P. Zurzolo]*
United States Bankruptcy Judge

---

3
ORDER APPROVING STIPULATION FOR JUDGMENT

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1901 Avenue of the Stars, 11th Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document described as ***ORDER APPROVING STIPULATION FOR JUDGMENT*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On ***12/8/11,*** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Hon. Vincent P. Zurzolo, 255 E. Temple Street, Suite 1360, Los Angeles, CA 90012**

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ***Fill in Date Document is Filed,*** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 12/8/11 | Matt Klomparens | /s/ Matt Klomparens |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010    **F 9013-3.1.PROOF.SERVICE**

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER APPROVING STIPULATION FOR JUDGMENT** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **12/8/11**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

**Michelle Y Choe**    michelleyo@4bankruptcy.com
**Nancy K Curry (TR)**    ecfnc@trustee13.com
**United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
**Jeffrey N Williams**    jwilliams@wargofrench.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

**Debtor: Iluminada Young – 960 Sanborn Ave. #4, Los Angeles, CA 90029**

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*    **F 9021-1.1.NOTICE.ENTERED.ORDER**